

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00581-CV

**IN RE** Juan Manuel **GONZALEZ** and G4S Secure Solutions (USA), Inc., Relators

Original Mandamus Proceeding[1]

## ORDER

Relators' petition for writ of mandamus and motion for temporary relief are hereby **DENIED**.

It is so **ORDERED** on January 27, 2021.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CVF-000756-D3, styled *Elizondo v. Gonzalez*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.